3

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 3 0 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JOEY L. RAMON<br>Individually and on behalf of all<br>others similarly situated<br><br>Plaintiffs,<br><br>VS.<br><br>ADAMS, WHITEAKER,<br>ROBINSON, REAGAN & YOUNG, P.C.<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§ CIVIL ACTION NO. B-02-201<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## CERTIFICATE OF FINANCIALLY INTERESTED PARTIES

Pursuant to the October 21, 2002, Order of the Court, Plaintiff hereby lists all persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation, as such are known to Plaintiff or his counsel as of this date:

Plaintiff: Joey L. Ramon

Absent Class Members

Defendant: Adams, Whiteaker, Robinson, Reagan & Young, P.C.

In addition to the parties, counsel for plaintiffs may be considered financially interested and are therefore disclosed by firm. Counsel for defendant may be considered financially interested but are not disclosed at this time as they are not yet known.

Law Office of Stephen Gardner, P.C.

Law Offices of John Ventura, P.C.

DATED: October 30, 2002

                                          RESPECTFULLY SUBMITTED,

By: _____
John Ventura.
Texas Bar No. 20545700
Conrad Bodden
Federal ID No. 21003
Texas Bar No. 00796220
Daniel Whitworth
Federal ID No. 23119
Texas Bar No. 24008275
Law Offices of John Ventura, PC
62 East Price Road
Brownsville, Texas 78521
Telephone:   956-546-9398
Telecopier:   956-542-1478
Counsel for Plaintiffs and the Class

Stephen Gardner
Texas Bar No. 07660600
Law Office of Stephen Gardner, PC
1845 Woodall Rodgers Freeway, Suite 1750
Dallas, Texas 75201
Telephone:   214-954-0663
Telecopier:   214-871-8957
Counsel for Plaintiffs and the Class

### Certificate of Service

I certify that a true and correct copy of this document was served on all parties, in compliance, with Rule 5 of the Federal Rules of Civil Procedure, on October 30, 2002 to:

Certified Mail R.R.R. 7002 0460 0000 6426 8137
Adams, Whiteaker, Robinson, Reagan & Young, P.C.
c/o Worrick G. Robinson, IV
446 James Robertson Parkway, Suite 200
Nashville, Tennessee 37219.

                                          By: _____
John Ventura