IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 13 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JOEY LEE RAMON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br> PLAINTIFF, <br><br> V. <br><br> ADAMS, WHITEAKER, ROBINSON, REAGAN & YOUNG, P.C., <br><br> DEFENDANT. | CIVIL ACTION NO. B-02-201 |

### DEFENDANT'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Adams, Whiteaker, Robinson, Reagan & Young, P.C. Defendant in the above styled and numbered action, and files this Original Answer to Plaintiff's Original Complaint and in support thereof would respectfully show as follows:

1. Defendant lacks sufficient information to admit or deny the averments contained in the first part of paragraph 1 of Plaintiff's Original Complaint, but admits that the Fair Debt Collection Practices Act, 15 U.S.C. Sections 1692 et seq. and the Texas Debt Collection Act, Texas Finance Code Chapter 392 prohibit debt collectors from engaging in abusive deceptive and unfair practices.

2. Defendant lacks sufficient information to admit or deny the averments contained in paragraph 2 of Plaintiff's Original Complaint, and denies that its practices are illegal.

### JURISDICTION AND VENUE

3. Defendant admits to the averments of Paragraph 3 of Plaintiff's Original Complaint.

4. Defendant lacks sufficient information to admit or deny the averments contained in paragraph 4 of Plaintiff's Original Complaint.

## PARTIES

5. Defendant lacks sufficient information to admit or deny the averments contained in paragraph 5 of Plaintiff's Original Complaint.

6. Defendant admits the averments contained in paragraph 6 of Plaintiff's Original Complaint.

## CLASS ACTION ALLEGATIONS

7. Defendant lacks sufficient information to admit or deny the averments contained in paragraph 7 of Plaintiff's Original Complaint.

8. Defendant denies the averments contained in paragraph 8 of Plaintiff's Original Complaint and demands strict proof thereof.

9. Defendant denies the averments contained in paragraph 9 of Plaintiff's Original Complaint and demands strict proof thereof.

10. Defendant denies the averments contained in paragraph 10 of Plaintiff's Original Complaint and demands strict proof thereof.

11. Defendant denies the averments contained in paragraph 11 of Plaintiff's Original Complaint and demands strict proof thereof.

## ACTS OF AGENTS

12. Defendant lacks sufficient information to admit or deny the averments contained in paragraph 12 of Plaintiff's Original Complaint.

## CONDITIONS PRECEDENT

13.     Defendant lacks sufficient information to admit or deny the averments contained in paragraph 13 of Plaintiff's Original Complaint.

## FACTS

14.     Defendant denies the averments contained in paragraph 14 of Plaintiff's Original Complaint and demands strict proof thereof.

## FIRST CAUSE OF ACTION

## REQUEST FOR DECLARATORY RELIEF

15.     Defendant denies the averments contained in paragraph 15 of Plaintiff's Original Complaint and demands strict proof thereof.

## SECOND CAUSE OF ACTION

## REQUEST FOR RELIEF PURSUANT TO FDCPA FOR CLASS 1

16.     Defendant denies the averments contained in paragraph 16 of Plaintiff's Original Complaint and demands strict proof thereof.

17.     Defendant denies the averments contained in paragraph 17 of Plaintiff's Original Complaint and demands strict proof thereof.

18.     Defendant denies the averments contained in paragraph 18 of Plaintiff's Original Complaint and demands strict proof thereof.

19.     Defendant denies the averments contained in paragraph 19 of Plaintiff's Original Complaint and demands strict proof thereof.

## THIRD CAUSE OF ACTION

## REQUEST RELIEF PURSUANT TO THE TEXAS DEBT COLLECTION ACT AND THE TEXAS DECEPTIVE TRADE PRACTICES ACT FOR CLASS 2 AND CLASS 2A

20.     Defendant denies the averments contained in paragraph 20 of Plaintiff's Original Complaint and demands strict proof thereof.

21.     Defendant denies the averments contained in paragraph 21 of Plaintiff's Original Complaint and demands strict proof thereof.

22.     Defendant denies the averments contained in paragraph 22 of Plaintiff's Original Complaint and demands strict proof thereof.

## AFFIRMATIVE DEFENSES

23.     Plaintiff lacks standing to bring a lawsuit under the Fair Debt Collection Practices Act and the Texas Debt Collection Act and therefore Plaintiff failed to state a claim upon which relief could be granted.  Therefore this suit should be dismissed.

24.     Defendant's violations, if any were not intentional and resulted from a bona fide error notwithstanding the maintenance of procedures reasonably adapted to avoid any such error.

25.     This class action suit fails the prerequisites to certification of a class action under F.R.C.P. 23.

26.     A parallel action styled Regina Dockery Individually and on Behalf of All Others Similarly Situated v. Adams, Whiteaker, Robinson, Reagan & Young, P.C. et al. has been instituted in the 17th Judicial District Court of Tarrant County, Texas on June 12, 2002.  Since Plaintiff in that action purports to create a class whose members would include members of Classes 2 and 3 of this action, and since the Fair Debt Collection Practices Act and the Texas Debt Collection Act, as well as F.R.C.P. 23 and Tex. R. Civ. Proc. 42 are similar in many

respects, it is in the interest of judicial economy, principles of comity and the doctrine of abstention for this Court to stay this action until there is a final and full resolution of the first suit.

## PRAYER

27. Wherefore, premises considered, Defendant prays that this claim be dismissed, and if not dismissed, stayed until there is a final and full resolution of the first suit, that Plaintiff recover nothing from Defendant and the Defendant recover costs, and for such other and further relief to which Defendant may be justly entitled.

Respectfully submitted,

BURFORD & RYBURN, L.L.P.

By: _____
SIMON D. WHITING
State Bar No. 21373600
S.D. Tex. No. 30068
3100 Lincoln Plaza, 500 N. Akard
Dallas, Texas 75201-3320
Tel: 214/740-3100
Fax: 214/740-3125
ATTORNEY FOR DEFENDANT
ADAMS, WHITEAKER, ROBINSON,
REAGAN & YOUNG, P.C.

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing instrument has been served upon plaintiffs' counsel of record via:

    __X__ CERTIFIED MAIL/RETURN RECEIPT REQUESTED
    _____ TELEPHONIC DOCUMENT TRANSFER (FAX)
    _____ FEDERAL EXPRESS/EXPRESS MAIL
    _____ COURIER/RECEIPTED DELIVERY
    _____ HAND DELIVERY (IN PERSON)
    _____ REGULAR MAIL

DATED: November 12, 2002.

_____
SIMON D. WHITING