IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 0 2 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JOEY LEE RAMON | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-201 |
| | § | |
| ADAMS, WHITEAKER, ROBINSON, | § | |
| REAGAN & YOUNG, P.C. | § | |
| Defendant | § | |

### JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO STAY OR ABSTAIN

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff JOEY LEE RAMON and Defendants, Adams, Whiteaker, Robinson, Reagan & Young, P.C., and file this Joint Motion for Extension of Time to File Response to Defendant's Motion to Stay or Abstain ("motion"), and as cause would show the Court as follows:

1. Plaintiff filed suit against Adams, Whiteaker, Robinson, Reagan & Young, P.C. in federal district court in Brownsville, Texas on October 21, 2002.

2. The parties are currently pursuing serious settlement discussions and believe that further litigation over stay issues would waste the parties' and the Court's resources. The parties have agreed that the Plaintiff may have until January 17, 2003, to file its answer to Defendant's motion.

WHEREFORE, the parties request that the Court enter an order granting Plaintiff until January 17, 2003, to file an answer to Defendant's motion.

Dated: December 2, 2002

---

Joint Motion for Extension of Time to
File Response to Defendant's Motion to Stay or Abstain - Page 1 of 3

Respectfully submitted,
**LAW OFFICES OF JOHN VENTURA, P.C.**

By: _____
    John Ventura
    Texas Bar No. 20545700
    Federal I.D. 1646
    62 E Price Rd.
    Brownsville, Texas 78521
    (956) 546-9398 - Telephone
    (956) 542-1478 - Facsimile

Stephen Gardner
Law Office of Stephen Gardner
Woodall Rogers Tower, Ste 1750
1845 Woodall Rogers Fwy
Dallas Texas 75201
(214) 954-0663 - Telephone
(214) 871-8957 - Facsimile
ATTORNEYS FOR PLAINTIFF JOEY LEE RAMON


**BURFORD & RYBURN, LLP**

By: _Simon Whiting by Permission_ _John Ventura_
    Simon Whiting
    State Bar No. 21373600
    Federal I.D. No. 30063
    3100 Lincoln Plaza, 500 N. Akard
    Dallas Texas 75201-3320
    (214) 740-3100 - Telephone
    (214) 740-3125 - Telecopy
    ATTORNEY FOR DEFENDANTS ADAMS,
    WHITEAKER, ROBINSON, REAGAN &
    YOUNG, P.C.