IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JOEY LEE RAMON | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-201 |
| | § | |
| ADAMS, WHITEAKER, ROBINSON, | § | |
| REAGAN & YOUNG, P.C. | § | |
| Defendant | § | |

United States District Court
Southern District of Texas
FILED

DEC 0 5 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

The Court has considered the Joint Motion for Extension of Time to File Response to Defendant's Motion to Stay or Abstain and finds that such motion has merit. Therefore, it is

ORDERED, ADJUDGED, and DECREED, that Plaintiff may file a response to the Defendant's motion to stay or abstain by January 17, 2003.

Signed on: Dec. 4, 2002

HILDA G. TAGLE
United States District Judge