IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



| | |
|---|---|
| JOEY LEE RAMON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br> PLAINTIFF, <br><br> V. <br><br> ADAMS, WHITEAKER, ROBINSON, REAGAN & YOUNG, P.C., <br><br> DEFENDANT. | CIVIL ACTION NO. B-02-201 |

## MOTION TO SUBSTITUTE COUNSEL OF DEFENDANT
## ADAMS, WHITEAKER, ROBINSON, REAGAN & YOUNG, P.C.

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, ADAMS, WHITEAKER, ROBINSON, REAGAN & YOUNG, P.C., Defendant herein, and files this its Motion to Substitute Counsel. Defendant respectfully requests the substitution of Larry Hallman, and the law firm of Burford & Ryburn, L.L.P., for all further proceedings to serve as counsel of record for Defendant, and the address is:

> Larry Hallman, Esq. — State Bar No. 08795700
> Burford & Ryburn, L.L.P.
> 3100 Lincoln Plaza
> 500 N. Akard
> Dallas, TX 75201-6697
> Telephone: (214) 740-3100
> Telecopy: (214) 740-3125

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully requests the Court to permit the substitution of Larry Hallman and the law firm of Burford & Ryburn, LLP for defense of said Defendant, and for such other and further relief to which it may show itself justly entitled.

Respectfully submitted,

BURFORD & RYBURN, L.L.P.

By: _____
SIMON D. WHITING
State Bar No. 21373600

3100 Lincoln Plaza
500 N. Akard
Dallas, TX 75201-6697
Telephone: (214) 740-3100
Telecopy: (214) 740-3125

ATTORNEYS FOR DEFENDANT
ADAMS, WHITEAKER, ROBINSON,
REAGAN & YOUNG, P.C.

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true and correct copy of the foregoing Motion to Substitute Counsel was served upon Plaintiff's counsel in this proceeding with said service being effectuated by the following method:

    **X**   Certified Mail, Return Receipt Requested
    ____   Telecopy
    ____   Overnight Delivery Service
    ____   Hand Delivery

Dated: December 31, 2002.

_____
SIMON D. WHITING