IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOEY LEE RAMON, ET AL., | § | |
| Plaintiffs, | § | |
| v. | § | Civil Action B-02-201 |
| ADAMS, WHITEAKER, ROBINSON, REAGAN & YOUNG, P.C. | § | |
| Defendant. | § | |

## ORDER

BE IT REMEMBERED that on January 13, 2003, the Court **GRANTED** Defendants' Motion to Substitute Counsel of Defendant Adams, Whiteaker, Robinson, Reagan, & Young, P.C. [Dkt. No. 9].

It is further **ORDERED** that the Clerk of the Court amend the docket to reflect that Mr. Larry Hallman of Burford & Ryburn, L.L.P., represents Defendant. All future correspondence from the Clerk of the Court shall be sent to Mr. Hallman at the address and facsimile number found in the motion.

DONE at Brownsville, Texas, this 13th day of January 2003.

Hilda G. Tagle
United States District Judge