IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 5 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| IN RE: § | |
| § | |
| JOEY LEE RAMON § | |
| Plaintiff § | |
| § | |
| VS. § | CIVIL ACTION NO. B-02-201 |
| § | |
| ADAMS, WHITEAKER, ROBINSON, § | |
| REAGAN & YOUNG, P.C. § | |
| Defendant § | |

## SECOND JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO STAY OR ABSTAIN

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff JOEY LEE RAMON and Defendants, ADAMS, WHITEAKER, ROBINSON, REAGAN & YOUNG, P.C., and file this Second Joint Motion for Extension of Time to File Response to Defendant's Motion to Stay or Abstain ("motion"), and as cause would show the Court as follows:

1. Plaintiff filed suit against Adams, Whiteaker, Robinson, Reagan & Young, P.C. in Federal District Court in Brownsville, Texas on October 21, 2002.

2. The parties are currently pursuing serious settlement discussions and believe that further litigation over stay issues would waste the parties' and the Court's resources. The parties have agreed that the Plaintiff may have until February 17, 2003, to file its answer to Defendant's motion.

WHEREFORE, the parties request that the Court enter an order granting Plaintiff until February 17, 2003, to file an answer to Defendant's motion.

---

Dated: January 15, 2003

                                          Respectfully submitted,
                                          **LAW OFFICES OF JOHN VENTURA, P.C.**

                                          By: *[signature: John Ventura]*
                                               John Ventura
                                               Texas Bar No. 20545700
                                               Federal I.D. 1646
                                               62 E Price Rd.
                                               Brownsville, Texas 78521
                                               (956) 546-9398 - Telephone
                                               (956) 542-1478 - Facsimile

                                               Stephen Gardner
                                               Law Office of Stephen Gardner
                                               Woodall Rogers Tower, Ste 1750
                                               1845 Woodall Rogers Fwy
                                               Dallas Texas 75201
                                               (214) 954-0663 - Telephone
                                               (214) 871-8957 - Facsimile
                                         ATTORNEYS FOR PLAINTIFF JOEY LEE RAMON


                                         **BURFORD & RYBURN, LLP**

                                          By: *[signature: Larry Hallman]*
                                             Larry Hallman   *by permission John Ventura*
                                             State Bar No.
                                             Federal I.D. No.
                                             3100 Lincoln Plaza, 500 N. Akard
                                             Dallas Texas 75201-3320
                                             (214) 740-3100 - Telephone
                                             (214) 740-3125 - Telecopy
                                         ATTORNEY FOR DEFENDANTS ADAMS,
                                         WHITEAKER, ROBINSON, REAGAN &
                                         YOUNG, P.C.