IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JOEY LEE RAMON | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-201 |
| | § | |
| ADAMS, WHITEAKER, ROBINSON, | § | |
| REAGAN & YOUNG, P.C. | § | |
| Defendant | § | |

## ORDER

The Court has considered the Second Joint Motion for Extension of Time to File Response to Defendant's Motion to Stay or Abstain and finds that such motion has merit. Therefore, it is

ORDERED, ADJUDGED, and DECREED, that Plaintiff may file a response to the Defendant's motion to stay or abstain by February 17, 2003.

Signed on January 23, 2003

HILDA G. TAGLE
United States District Judge