LAW OFFICES OF
# STEPHEN GARDNER

United States District Court
Southern District of Texas
FILED

JAN 2 7 2003

Michael N. Milby
Clerk of Court

MAIL

United States District Court
Southern District of Texas
RECEIVED

JAN 2 7 2003

Michael N. Milby, Clerk

January 22, 2003

Michael N. Milby
United States District Clerk
600 E. Harrison Street, Rm # 1217
Brownsville, Texas 78520

       Re: Joey L. Ramon v. Adams, Whiteaker, Robinson, Reagan & Young, P.C.; Cause No. B-02-201

To the Clerk:

For purposes of scheduling and other matters, please be advised that I will be on family vacations from March 8-15 and June 14-28, 2003.

Counsel for the parties have been served by copy of this letter.

Thank you for your courtesies.

       Very truly yours,

       Stephen Gardner

SG/als
cc:   John Ventura
      Larry Hallman