/5

United States District Court
Southern District of Texas
ENTERED

IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

FEB 2 6 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| IN RE: | § |
| | § |
| JOEY LEE RAMON | § |
|     Plaintiff | § |
| | § |
| VS. | §     CIVIL ACTION NO. B-02-201 |
| | § |
| ADAMS, WHITEAKER, ROBINSON, | § |
| REAGAN & YOUNG, P.C. | § |
|     Defendant | § |

## ORDER

The Court has considered the Third Joint Motion for Extension of Time to File Response to

Defendant's Motion to Stay or Abstain and finds that such motion has merit. Therefore, it is

ORDERED, ADJUDGED, and DECREED, that Plaintiff may file a response to the

Defendant's motion to stay or abstain by April 17, 2003.

Signed on: _February 25_, 2003

_____
HILDA G. TAGLE
United States District Judge