IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 0 6 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOEY LEE RAMON, <br> Plaintiff | § § § § | |
| VS. | § | CIVIL ACTION NO. B-02-201 |
| ADAMS, WHITEAKER, ROBINSON, <br> REAGAN & YOUNG, P.C. <br> Defendant | § § § § | |

### RENEWED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO STAY OR ABSTAIN

TO THE HONORABLE JUDGE OF THE COURT:

Plaintiff JOEY LEE RAMON and Defendant ADAMS, WHITEAKER, ROBINSON, REAGAN & YOUNG, P.C. file this Renewed Joint Motion for Extension of Time to File Response to Defendant's Motion to Stay or Abstain and show the Court as follows:

1. Plaintiff filed suit against Defendant on October 21, 2002. Another similar lawsuit, brought by a different plaintiff and different plaintiff counsel, is pending in Texas State Court in Tarrant County.

2. The parties are currently negotiating a settlement of both this case and the Tarrant County case but, due to Defendant's insurance carrier being in receivership, negotiations are protracted.

3. The parties ask that Plaintiff have until May 19, 2003, to determine the status of the receivership and advise the Court and to file, if necessary, his response to Defendant's Motion to Stay or Abstain, currently pending in the Court.

Renewed Joint Motion for Extension of Time to File Response to Defendant's Motion to Stay or Abstain -
Page 1

THEREFORE, the parties request that the Court enter an order granting Plaintiff until May 19, 2003, to determine the status of the receivership and advise the Court and to file, if necessary, his response to Defendant's Motion to Stay or Abstain.

Dated March 5, 2003                                  Respectfully submitted,

**LAW OFFICES OF JOHN VENTURA, P.C.**

John Ventura
Texas Bar No. 20545700
Federal I.D. 1646
62 E Price Rd.
Brownsville, Texas 78521
(956) 546-9398 - Telephone
(956) 542-1478 - Facsimile

**LAW OFFICE OF STEPHEN GARDNER, PC**
Stephen Gardner
Texas Bar Number 07660600
Federal I.D. No. 16111
1845 Woodall Rogers Fwy., Ste 1750
Dallas Texas 75201
(214) 954-0663 - Telephone
(214) 871-8957 - Facsimile
ATTORNEYS FOR PLAINTIFF, by:

_____
Stephen Gardner

**BURFORD & RYBURN, LLP**
Larry Hallman
State Bar No. 00795700
3100 Lincoln Plaza, 500 N. Akard
Dallas Texas 75201-3320
(214) 740-3100 - Telephone
(214) 740-3125 - Telecopy
ATTORNEYS FOR DEFENDANT, by:

_____
Larry Hallman

IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOEY LEE RAMON, | § | |
|     Plaintiff | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-201 |
| | § | |
| ADAMS, WHITEAKER, ROBINSON, | § | |
| REAGAN & YOUNG, P.C. | § | |
|     Defendant | § | |

## ORDER

The Court has considered the Joint Motion to Reschedule Initial Pretrial and Scheduling Conference and finds that such motion has merit. Therefore, it is

ORDERED, ADJUDGED, and DECREED, that Plaintiff may have until May 19, 2003, to determine the status of the receivership and advise the Court and to file, if necessary, his response to Defendant's Motion to Stay or Abstain.

Signed this _____ day of _____, 2003

_____
HILDA G. TAGLE
United States District Judge