IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 0 6 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JOEY LEE RAMON § | |
| Plaintiff § | |
| § | |
| VS. § | CIVIL ACTION NO. B-02-201 |
| § | |
| ADAMS, WHITEAKER, ROBINSON, § | |
| REAGAN & YOUNG, P.C. § | |
| Defendant § | |

## JOINT MOTION TO RESCHEDULE
## INITIAL PRETRIAL AND SCHEDULING CONFERENCE

TO THE HONORABLE JUDGE OF THE COURT:

Plaintiff JOEY LEE RAMON and Defendant ADAMS, WHITEAKER, ROBINSON, REAGAN & YOUNG, P.C. file this Joint Motion to Reschedule Initial Pretrial and Scheduling Conference and show the Court as follows:

1.  Plaintiff filed suit against Defendant on October 21, 2002. Another similar lawsuit, brought by a different plaintiff and different plaintiff counsel, is pending in Texas State Court in Tarrant County.

2.  The parties are currently negotiating a settlement of both this case and the Tarrant County case but, due to Defendant's insurance carrier being in receivership, negotiations are protracted.

3.  The parties ask that Plaintiff have until May 19, 2003, to determine the status of the receivership and advise this Court and to file, if necessary, his response to Defendant's Motion to Stay or Abstain, currently pending in the Court.

4.  The parties further ask that the Initial Pretrial and Scheduling Conference set for hearing on March 17, 2003, be rescheduled to a date after May 19, 2003.

THEREFORE, the parties request that the Court enter an order granting the reset of the Initial Pretrial and Scheduling Conference to a date after May 19, 2003.

Dated March 5, 2003                              Respectfully submitted,

                                                       **LAW OFFICES OF JOHN VENTURA, P.C.**

                                                           John Ventura
                                                           Texas Bar No. 20545700
                                                           Federal I.D. 1646
                                                           62 E Price Rd.
                                                           Brownsville, Texas 78521
                                                           (956) 546-9398 - Telephone
                                                           (956) 542-1478 - Facsimile

                                                       **LAW OFFICE OF STEPHEN GARDNER, PC**
                                                           Stephen Gardner
                                                           Texas Bar Number 07660600
                                                           Federal I.D. No. 16111
                                                           1845 Woodall Rogers Fwy., Ste 1750
                                                           Dallas Texas 75201
                                                           (214) 954-0663 - Telephone
                                                           (214) 871-8957 - Facsimile
ATTORNEYS FOR PLAINTIFF, by:

_____
Stephen Gardner

                                        **BURFORD & RYBURN, LLP**
                                                       Larry Hallman
                                                       State Bar No. 00795700
                                                       3100 Lincoln Plaza, 500 N. Akard
                                                       Dallas Texas 75201-3320
                                                       (214) 740-3100 - Telephone
                                                       (214) 740-3125 - Telecopy
ATTORNEYS FOR DEFENDANT, by:

_____
Larry Hallman

IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOEY LEE RAMON<br>    Plaintiff | §<br>§<br>§ | |
| VS. | § | CIVIL ACTION NO. B-02-201 |
| | § | |
| ADAMS, WHITEAKER, ROBINSON,<br>REAGAN & YOUNG, P.C.<br>    Defendant | §<br>§<br>§<br>§ | |

## **ORDER**

The Court has considered the Joint Motion to Reschedule Initial Pretrial and Scheduling Conference and finds that such motion has merit. Therefore, it is

ORDERED, ADJUDGED, and DECREED, that the Initial Pretrial and Scheduling Conference is rescheduled for the_____ day of_____, 2003 at ____ a.m./p.m.

Signed this _____ day of _____, 2003

_____
HILDA G. TAGLE
United States District Judge