IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 0 7 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOEY LEE RAMON, ET AL., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action B-02-201 |
| ADAMS, WHITEAKER, ROBINSON, REAGAN & YOUNG, P.C. | § § § | |
| Defendant. | § § | |

## ORDER

BE IT REMEMBERED that on March 7, 2003, the Court **ORDERED** the Initial Pretrial Conference and Scheduling Conference currently scheduled for March 17, 2003, **RESCHEDULED** for April 28, 2003, at 2:30 p.m., after Plaintiff responds to Defendant's motion to stay or abstain.

DONE at Brownsville, Texas, this 7th day of March 2003.

Hilda G. Tagle
United States District Judge