IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 1 4 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| IN RE: § | |
| § | |
| JOEY RAMON § | |
| Plaintiff § | CIVIL ACTION NO. 02-CV-201 |
| § | |
| v § | |
| § | |
| ADAMS, WHITEAKER, ROBINSON, § | |
| REAGAN & YOUNG, P.C. § | |
| Defendant § | |

## MOTION FOR SUSPENSION OF ALL MATTERS

Comes Now, Joey Ramon, and files this Motion for Suspension of all Matters, and would show the Court as follows:

1. There is a parallel putative class action lawsuit pending in Tarrant County wherein Defendant is a party to the lawsuit. The parties have reached agreement to settle the claims in both the Tarrant County suit and this suit. Because both cases are class actions, the work necessary to complete settlement is greater than in an individual case. Therefore, Plaintiff requests that all pending deadlines, and hearing scheduled before this court be suspended to permit the parties to complete the settlement process.

Therefore, Plaintiff Joey Ramon prays that the Court suspend this case until further notice.

Dated: April 11, 2003    RESPECTFULLY SUBMITTED,

LAW OFFICES OF JOHN VENTURA, P.C.

By: _____
John Ventura
Federal ID No.1646
Texas Bar No. 20545700
Richard A. Mlynek
Federal ID No. 23125
Texas Bar No. 24007689
Law Offices of John Ventura, PC
62 East Price Road
Brownsville, Texas 78521
Telephone:    956-546-9398
Telecopier:   956-542-1478
Counsel for Plaintiff and the Class


LAW OFFICES OF STEPHEN GARDNER
Stephen Gardner
Federal ID No. 16111
Texas Bar No. 07660600
Law Office of Stephen Gardner, PC
6060 North Central Expressway, Ste. 560
Dallas, Texas 75206
Telephone:    214-800-2830
Telecopier:   214-800-2834
Lead Counsel for Plaintiff and the Class


### CERTIFICATE OF CONFERENCE

This certificate of conference confirms that Plaintiff's counsel, John Ventura, conferred with counsel for Defendant regarding this Motion, and the Motion is Unopposed.

_____
John Ventura

## CERTIFICATE OF SERVICE

A copy of the foregoing was sent to all known counsel of record via facsimile and certified U.S. mail, return receipt requested, this the April 14, 2003.

**Via Facsimile (214) 740-3125 and**
**Certified Mail, Return Receipt Requested**
Larry Hallman
Burford & Ryburn, LLP
3100 Lincoln Plaza, 500 N. Akard
Dallas Texas 75201

John Ventura