**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

APR 1 7 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| JOEY LEE RAMON, ET AL., | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| | § | |
| v. | § | **Civil Action B-02-201** |
| | § | |
| ADAMS, WHITEAKER, ROBINSON, | § | |
| REAGAN & YOUNG, P.C. | § | |
| | § | |
| **Defendant.** | § | |

## ORDER

BE IT REMEMBERED that on April 17, 2003, the Court **GRANTED** Plaintiffs' unopposed Motion For Suspension Of All Matters [Dkt. No. 19] in light of the parties' settlement.

All pending motions are **MOOT**.

The scheduling conference and Initial Pretrial Conference are **CANCELLED**.

The parties are hereby **ORDERED** to file a joint status report no later than June 20, 2003, informing the Court of the status of the related state court case and the settlement of this matter.

DONE at Brownsville, Texas, this 17th day of April 2003.

_____
Hilda G. Tagle
United States District Judge

2O