IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 2 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JOEY LEE RAMON | § | |
|     Plaintiff | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-201 |
| | § | |
| ADAMS, WHITEAKER, ROBINSON, | § | |
| REAGAN & YOUNG, P.C. | § | |
|     Defendant | § | |

## JOINT STATUS REPORT

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff JOEY LEE RAMON and Defendant, ADAMS, WHITEAKER, ROBINSON, REAGAN & YOUNG, P.C., file this Joint Status Report as directed by the Court's April 17, 2003 order.

The parties continue to draft settlement documents in this case. The drafting is complicated by the need to resolve the related lawsuit, bought by a different Plaintiff and different Plaintiff counsel, currently pending in Texas State Court in Tarrant County. The parties are hopeful that they will be able to reach agreement on the content of all settlement papers in approximately one month.

Therefore, the parties request that the Court continue the abatement of this case until August 15, 2003, to allow them sufficient time to do so without need to return to the Court seeking another short extension.

Dated: June 12, 2003

Respectfully submitted,
**LAW OFFICES OF JOHN VENTURA, P.C.**

By: *[signature]*
John Ventura
Texas Bar No. 20545700
Federal I.D. 1646
62 E Price Rd.
Brownsville, Texas 78521
(956) 546-9398 - Telephone
(956) 542-1478 - Facsimile

Stephen Gardner
Law Office of Stephen Gardner
Woodall Rogers Tower, Ste 1750
1845 Woodall Rogers Fwy
Dallas Texas 75201
(214) 954-0663 - Telephone
(214) 871-8957 - Facsimile
ATTORNEYS FOR PLAINTIFF JOEY LEE RAMON

**BURFORD & RYBURN, LLP**

By: *Larry Hallman by permission* *[signature: John Ventura]*
Larry Hallman
State Bar No. 00795700
3100 Lincoln Plaza, 500 N. Akard
Dallas Texas 75201-3320
(214) 740-3100 - Telephone
(214) 740-3125 - Telecopy
ATTORNEY FOR DEFENDANTS ADAMS, WHITEAKER, ROBINSON, REAGAN & YOUNG, P.C.