IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 1 9 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| IN RE: § | |
| § | |
| JOEY LEE RAMON § | |
| Plaintiff § | |
| § | |
| VS. § | CIVIL ACTION NO. B-02-201 |
| § | |
| ADAMS, WHITEAKER, ROBINSON, § | |
| REAGAN & YOUNG, P.C. § | |
| Defendant § | |

## ORDER

The Court has considered the Joint Status Report. It is ORDERED, ADJUDGED, and DECREED, that the existing abatement of this matter shall continue until August 15, 2003, at which time the parties are ORDERED to file a joint status report informing the Court of the status of the related state court case and the settlement in this matter.

Signed on: 6/17/, 2003

HILDA G. TAGLE
United States District Judge