United States District Court
Southern District of Texas
FILED

AUG 1 1 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOEY LEE RAMON<br>Plaintiff | §§§ | |
| v. | §§ | CIVIL ACTION NO. B-02-201 |
| ADAMS, WHITEAKER, ROBINSON,<br>REAGAN & YOUNG, P.C.<br>Defendant | §§§§ | |

### JOINT STATUS REPORT AND MOTION TO ABATE

TO THE HONORABLE JUDGE OF THE COURT:

Plaintiff JOEY LEE RAMON and Defendant ADAMS, WHITEAKER, ROBINSON, REAGAN & YOUNG, P.C. file this Joint Status Report as directed by the Court's June 17, 2003 order.

1. This case was filed seeking class action status. The parties have nearly concluded drafting settlement documents, which would resolve both this case and a related lawsuit, brought by a different plaintiff and different plaintiff counsel.

2. Unknown to plaintiff or his counsel, a parallel putative class action against this defendant was already on file in Tarrant County, Texas, Cause No. 017-193383-02, styled *Regina Dockery, Plaintiff, v. Adams, Whiteaker, Robinson, Reagan & Young, P.C., and Cingular Wireless, L.L.C.* ("Tarrant County Case").

3. The parties in this case and in the Tarrant County Case have jointly negotiated a settlement agreement that resolves the matters raised in both cases on a classwide basis, and are concluding the drafting of settlement documents. They do not anticipate any impediment to concluding the settlement papers.

4. That settlement will provide for classwide relief and will require court approval as fair, adequate and reasonable to the class as a whole.

5. Because the state case was first filed, the parties to this case have agreed to present the settlement to the Tarrant County court for consideration pursuant to Texas

JOINT STATUS REPORT AND MOTION TO ABATE - Page 1

Rule of Civil Procedure 42, which is identical in all relevant aspects to Federal Rule of Civil Procedure 23.

6. This case is currently abated pursuant to the Court's June 23, 2003, Order, but only until August 15, 2003.

7. In order to provide notice of the settlement to the class, the parties do not believe the fairness hearing can take place until late 2003.

8. If the state court approves the settlement and the settlement becomes final, it will be appropriate for the Court to dismiss this case.

9. If for any reason the settlement is not approved by the state court, the parties have agreed that either party may request that the Court reinstate this case and permit it to proceed.

10. Assuming the settlement is approved by the state court and becomes final, the parties will notify the Court and request that this case be dismissed with prejudice, without certification.

Therefore, the parties request that the Court abate the case indefinitely pending the state court consideration of the settlement agreement and, if the state court approves the settlement, dismiss this case.

Respectfully submitted,

**LAW OFFICES OF JOHN VENTURA, P.C.**

John Ventura
Texas Bar No. 20545700
Federal I.D. 1646
62 E Price Rd.
Brownsville, Texas 78521
(956) 546-9398 - Telephone
(956) 542-1478 - Facsimile

JOINT STATUS REPORT AND MOTION TO ABATE - Page 2

**LAW OFFICE OF STEPHEN GARDNER, PC**
Stephen Gardner
Law Office of Stephen Gardner, PC
6060 North Central Expy., Ste. 560
Dallas, Texas 75206
(214) 800-2830 9398 - Telephone
(214) 800-2834 9398 - Facsimile

ATTORNEYS FOR PLAINTIFF, by:

_____
Stephen Gardner

AND

**BURFORD & RYBURN, LLP**
Larry Hallman
State Bar No. 00795700
3100 Lincoln Plaza, 500 N. Akard
Dallas Texas 75201-3320
(214) 740-3100 - Telephone
(214) 740-3125 – Facsimile

ATTORNEYS FOR DEFENDANT, by:

_____
Larry Hallman

JOINT STATUS REPORT AND MOTION TO ABATE - Page 3