*24*

IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 2 5 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOEY LEE RAMON | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-201 |
| | § | |
| ADAMS, WHITEAKER, ROBINSON, | § | |
| REAGAN & YOUNG, P.C. | § | |
| Defendant | § | |

## ORDER

The Court has considered the parties' Joint Status Report and Motion to Abate, and finds that such motion has merit. Therefore, it is:

ORDERED, ADJUDGED, and DECREED, that this case is ABATED pending the state court consideration of the settlement agreement. If the state court approves the settlement, the Court will dismiss this case with prejudice, upon notification by the parties. If the state court settlement does not proceed or is not approved, the Court will reinstate this case upon notice of such by either party.

Signed August *22*, 2003.

HILDA G. TAGLE
United States District Judge