IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JOEY LEE RAMON, ET AL., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action B-02-201 |
| § | |
| ADAMS, WHITEAKER, ROBINSON, § | |
| REAGAN & YOUNG, P.C. § | |
| § | |
| Defendant. § | |

## ORDER

BE IT REMEMBERED that on February 7, 2006, the Court noted that this case was still active on the Court's docket. This case was abated on August 22, 2003, pending consideration by a state court of a proposed settlement agreement between the parties. At that time, the parties were instructed to notify this Court of the state court's decision. Therefore, the Court **ORDERS** the parties to submit a status report by February 23, 2006, at 5 p.m., regarding whether the parties' settlement agreement was accepted or rejected by the state court.

Furthermore, in consideration of the parties' representation that the state court fairness hearing would be held sometime in 2003, the parties are also **ORDERED** to show cause why notice has not already been provided to this Court.

DONE at Brownsville, Texas, this 7th day of February, 2006.

Hilda G. Tagle
United States District Judge