IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 1 6 2006

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JOEY LEE RAMON § | |
| Plaintiff § | |
| § | |
| v. § | CIVIL ACTION NO. B-02-201 |
| § | |
| ADAMS, WHITEAKER, ROBINSON, § | |
| REAGAN & YOUNG, P.C. § | |
| Defendant § | |

## JOINT STATUS REPORT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE HILDA TAGLE:

Plaintiff JOEY LEE RAMON and Defendant ADAMS, WHITEAKER, ROBINSON, REAGAN & YOUNG, P.C. file this Status Report as directed by the Court's February 7, 2006 Order.

1. At the request of the parties in 2003, the Court abated this matter so that the parties could present a settlement agreement that resolved the matters raised in this case on a classwide basis to the Texas district court in Tarrant County for consideration pursuant to Texas Rule of Civil Procedure, in a parallel putative class action against this defendant, Texas, Cause No. 017-193383-02, styled *Regina Dockery, Plaintiff, v. Adams, Whiteaker, Robinson, Reagan & Young, P.C., and Cingular Wireless, L.L.C.*

2. Following notice to the class, the state court held a fairness hearing, approved the Settlement Agreement dated December 10, 2003, and dismissed the case.

3. Funds were distributed to class members pursuant to that agreement, and all matters relating to the settlement have been concluded.

4. Following that settlement, the parties were to report to the Court and ask that this case be dismissed with prejudice and without class certification.

5. Through complete and regretted inadvertence, counsel for the parties failed to report to the Court after the state settlement was final. Counsel for the parties

**JOINT STATUS REPORT**, page 1

have reviewed their files and can find no excuse for this failure, but express their regrets and apologies to the Court for failing to report in a timely fashion.

Therefore, the parties request that the Court dismiss this case with prejudice and forgive their error.

Respectfully submitted,

Stephen Gardner
Federal ID No. 16111
State Bar No. 07660600
6060 North Central Expy., Ste. 560
Dallas, Texas 75206
(214) 237-2966- Telephone
(214) 800-2834 - Facsimile

ATTORNEY FOR PLAINTIFF, by:

_____
Stephen Gardner

AND

**BURFORD & RYBURN, LLP**
Larry Hallman
State Bar No. 00795700
3100 Lincoln Plaza, 500 N. Akard
Dallas Texas 75201-3320
(214) 740-3100 - Telephone
(214) 740-3125 – Facsimile

ATTORNEYS FOR DEFENDANT, by:

_____
Larry Hallman

**JOINT STATUS REPORT**, page 2