IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 22 2006

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JOEY LEE RAMON, ET AL., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action B-02-201 |
| § | |
| ADAMS, WHITEAKER, ROBINSON, § | |
| REAGAN & YOUNG, P.C. § | |
| § | |
| Defendant. § | |

## ORDER

BE IT REMEMBERED that on February 21, 2006, the Court **GRANTED** the parties' request, Dkt. No. 26, and **DISMISSED** this case with prejudice.

DONE at Brownsville, Texas, this 21th day of February, 2006.

Hilda G. Tagle
United States District Judge